# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Home & Community Services of Hawaii, Inc. v. Hawaii Employers' Mut. Ins. Co. | CAAP–10–00 00197 | 09/12/2012 | Vacated and Remanded |
| Carstensen v. Carstensen | 28920 | 09/12/2012 | Vacated and Remanded |
| NST Holdings Corp. v. Altres | 28917 | 09/21/2012 | Vacated and Remanded |